# Earnings Statement

**PECO Energy Company**
*Payroll Services*
*P.O. Box 4647*
*Chicago, IL 60680*

| | |
|---|---|
| Employee ID | 106947 |
| Page | 001 of 002 |
| Period Beg/End: | 09/09/2024 - 09/23/2024 |
| Advice Date: | 09/30/2024 |
| Advice Number: | 0000001137 |
| Batch Number: | SCM3SXCCIK0E |

Robinson, Simona S
3029 S 70TH ST
PHILADELPHIA, PA 19142

Helpdesk1-877-7EXELON

Basis of Pay: Salary
Pay Rate: 128674.81

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 29947.50 |
| Hol_Company | | | 0.00 | 3406.66 |
| RegExmpEXHR | | | 0.00 | 2317.45 |
| Regular Sal | 61.8600 | 62.67 | 3876.75 | 82331.74 |
| Regular SalR | | | 0.00 | 720.74- |
| Vacation | 61.8629 | 24.00 | 1484.70 | 10080.60 |
| VacationR | | | 0.00 | 720.74 |
| **Gross Pay** | | | **5361.45** | **128083.95** |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| FIT | 432.75 | 14918.85 |
| Medicare Employee | 72.78 | 1767.89 |
| Social Security Employee | 311.20 | 7559.24 |
| PASIT | 153.51 | 3739.84 |
| PASUI Employee | 3.75 | 89.66 |
| City(PAPhiladelphiaPhiladelphia | 201.77 | 4824.69 |
| **Total Taxes** | **1175.76** | **32900.17** |

N
N
N

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 11.69 | 210.42 |
| *E401K | 214.46 | 2787.98 |
| *Medical (D) | 322.76 | 5809.68 |
| *STD_BuyUp_D | 5.63 | 100.70 |
| *VisionHrng_D | 21.07 | 379.26 |
| DepdLf_Ch_D | 1.29 | 23.22 |
| DepdLf_Sp_D | 13.05 | 234.90 |
| E401K Loan | 218.80 | 2827.96 |
| E401K Roth | 107.23 | 1393.99 |
| Employee Giving | 6.75 | 121.50 |
| FitD-MOB | 13.65 | 243.00 |
| Fit_AAEEOnly | 0.00 | 75.00 |
| PAC_PECO | 1.08 | 19.44 |
| Stk_EEStkPur | 107.23 | 1916.41 |
| Supp_ADD_D | 2.70 | 48.24 |
| Supple LifeD | 19.74 | 352.88 |
| **Total Deductions** | **1067.13** | **16544.58** |
| **Net Pay** | **3118.56** | **78639.20** |

**Imputed Income**

| | This Period | Year-to-Date |
|---|---|---|
| Imp GTL 50K | 19.02 | 339.28 |
| ImpIncStkDis | 0.00 | 234.45 |

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| BasLfInsur_A | 8.39 | 149.98 |
| Dental (A) | 27.26 | 490.68 |
| E401K Employer Ma | 128.67 | 1672.71 |
| E401K Roth Employ | 32.17 | 418.21 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**PECO Energy Company**
*Payroll Services*
*P.O. Box 4647*
*Chicago, IL 60680*

| | |
|---|---|
| Advice Number: | 0000001137 |
| Advice Date: | 09/30/2024 |



**Deposited to the account of** | **Account Number** | **Transit ABA** | **Amount**
---|---|---|---
Robinson, Simona S | Checking XXXX4001 | | $1000.00
 | Checking XXXX4201 | | $2118.56

THIS IS NOT A CHECK

# Earnings Statement



*PECO Energy Company*
*Payroll Services*
*P.O. Box 4647*
*Chicago, IL 60680*

Page 002 of 002
Period Beg/End: 09/09/2024 - 09/23/2024
Advice Date: 09/30/2024
Advice Number: 0000001137
Batch Number: SCM3SXCCIK0E

Helpdesk1-877-7EXELON

**Robinson, Simona S**
**3029 S 70TH ST**
**PHILADELPHIA,   PA 19142**

Basis of Pay:        Salary
Pay Rate:            128674.81

| Earnings | Rate | Hours This Period | Year-to-Date |
|---|---|---|---|

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| LongTermDisA | 19.38 | 346.56 |
| Medical (A) | 606.90 | 10924.20 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 259.99 | 148.00 | 111.99 |
| Annual Eligibility | | | 240.00 |
| Sick | 80.00 | 0.00 | 80.00 |
| Floating | 32.00 | 0.00 | 32.00 |

**Direct Deposits**

| Checking | XXXX4001 | 1000.00 |
|---|---|---|
| Checking | XXXX4201 | 2118.56 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)



# Earnings Statement

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Employee ID: 106947
Page 001 of 002
Period Beg/End: 08/24/2024 - 09/08/2024
Advice Date: 09/13/2024
Advice Number: 0000004845
Batch Number: SCOJ0OGVHESY

Helpdesk1-877-7EXELON

Robinson, Simona S
3029 S 70TH ST
PHILADELPHIA, PA 19142

Basis of Pay: Salary
Pay Rate: 128674.81

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 29947.50 |
| Hol_Company | 61.8629 | 8.00 | 494.90 | 3406.66 |
| RegExmpEXHR | | | 0.00 | 2317.45 |
| Regular Sal | 61.8600 | 70.67 | 4371.65 | 78454.99 |
| Regular SalR | | | 0.00 | 720.74- |
| Vacation | 61.8629 | 8.00 | 494.90 | 8595.90 |
| VacationR | | | 0.00 | 720.74 |
| **Gross Pay** | | | **5361.45** | **122722.50** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 432.75 | 14486.10 |
| Medicare Employee | | 72.78 | 1695.11 |
| Social Security Employee | | 311.20 | 7248.04 |
| PASIT | | 153.51 | 3586.33 |
| PASUI Employee | | 3.76 | 85.91 |
| City/PAPhiladelphiaPhiladelphia | | 201.77 | 4622.92 |
| **Total Taxes** | | **1175.77** | **31724.41** |

N
N
N

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 11.69 | 198.73 |
| *E401K | 214.46 | 2573.52 |
| *Medical (D) | 322.76 | 5486.92 |
| *STD_BuyUp_D | 5.63 | 95.07 |
| *VisionHrng_D | 21.07 | 358.19 |
| DepdLf_Ch_D | 1.29 | 21.93 |
| DepdLf_Sp_D | 13.05 | 221.85 |
| E401K Loan | 218.80 | 2609.16 |
| E401K Roth | 107.23 | 1286.76 |
| Employee Giving | 6.75 | 114.75 |
| FitD-MOB | 13.65 | 229.35 |
| Fit_AAEEOnly | 0.00 | 75.00 |
| PAC_PECO | 1.08 | 18.36 |
| Stk_EEStkPur | 107.23 | 1809.18 |
| Supp_ADD_D | 2.70 | 45.54 |
| Supple LifeD | 19.74 | 333.14 |
| **Total Deductions** | **1067.13** | **15477.45** |
| **Net Pay** | **3118.55** | **75520.64** |

**Imputed Income**
| | | |
|---|---|---|
| Imp GTL 50K | 19.02 | 320.26 |
| ImpIncStkDis | 0.00 | 234.45 |

**Company-Paid Deds**
| | | |
|---|---|---|
| BasLfInsur_A | 8.39 | 141.59 |
| Dental (A) | 27.26 | 463.42 |
| E401K Employer Ma | 128.67 | 1544.04 |
| E401K Roth Employ | 32.17 | 386.04 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000004845
Advice Date: 09/13/2024



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Robinson, Simona S | Checking XXXX4001 | | $1000.00 |
| | Checking XXXX4201 | | $2118.55 |

THIS IS NOT A CHECK

# Earnings Statement



PECO Energy Company
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 002 of 002
Period Beg/End: 08/24/2024 - 09/08/2024
Advice Date: 09/13/2024
Advice Number: 0000004845
Batch Number: SCOJ0OGVHESY

Helpdesk1-877-7EXELON

Robinson, Simona S
3029 S 70TH ST
PHILADELPHIA,   PA 19142

Basis of Pay:           Salary
Pay Rate:               128674.81

| Earnings | Rate | Hours This Period | Year-to-Date |
|---|---|---|---|
| | | | |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| LongTermDisA | 19.38 | 327.18 |
| Medical (A) | 606.90 | 10317.30 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 246.14 | 124.00 | 122.14 |
| Annual Eligibility | | | 240.00 |
| Sick | 80.00 | 0.00 | 80.00 |
| Floating | 32.00 | 0.00 | 32.00 |

**Direct Deposits**

| Checking | XXXX4001 | 1000.00 |
|---|---|---|
| Checking | XXXX4201 | 2118.55 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)





THIS IS NOT A CHECK

# Earnings Statement

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Employee ID: 106947
Page 001 of 002
Period Beg/End: 08/09/2024 - 08/23/2024
Advice Date: 08/30/2024
Advice Number: 0000004519
Batch Number: SCHM0KADVRRD

Helpdesk 1-877-7EXELON

**Robinson, Simona S**
3029 S 70TH ST
PHILADELPHIA, PA 19142

Basis of Pay: Salary
Pay Rate: 128674.81

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 29947.50 |
| Hol_Company | | | 0.00 | 2911.76 |
| RegExmpEXHR | 61.8629 | 17.00 | 1051.67 | 2317.45 |
| Regular Sal | 61.8600 | 86.67 | 5361.45 | 74083.34 |
| Regular SalR | | | 0.00 | 720.74- |
| Vacation | | | 0.00 | 8101.00 |
| VacationR | | | 0.00 | 720.74 |
| **Gross Pay** | | | **6413.12** | **117361.05** |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 647.94 | 14053.35 |
| Medicare Employee | 88.03 | 1622.33 |
| Social Security Employee | 376.40 | 6936.84 |
| PASIT | 185.80 | 3432.82 |
| PASUI Employee | 4.49 | 82.15 |
| City(PAPhiladelphiaPhiladelphia | 241.21 | 4421.15 |
| **Total Taxes** | **1543.87** | **30548.64** |

N
N
N

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 11.69 | 187.04 |
| *E401K | 214.46 | 2359.06 |
| *Medical (D) | 322.76 | 5164.16 |
| *STD_BuyUp_D | 5.63 | 89.44 |
| *VisionHrng_D | 21.07 | 337.12 |
| DepdLf_Ch_D | 1.29 | 20.64 |
| DepdLf_Sp_D | 13.05 | 208.80 |
| E401K Loan | 218.80 | 2390.36 |
| E401K Roth | 107.23 | 1179.53 |
| Employee Giving | 6.75 | 108.00 |
| FitD-MOB | 13.65 | 215.70 |
| Fit_AAEEOnly | 0.00 | 75.00 |
| PAC_PECO | 1.08 | 17.28 |
| Stk_EEStkPur | 107.23 | 1701.95 |
| Supp_ADD_D | 2.70 | 42.84 |
| Supple LifeD | 19.74 | 313.40 |
| **Total Deductions** | **1067.13** | **14410.32** |
| **Net Pay** | **3802.12** | **72402.09** |

**Imputed Income**

| | This Period | Year-to-Date |
|---|---|---|
| Imp GTL 50K | 19.02 | 301.24 |
| ImpIncStkDis | 0.00 | 234.45 |

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| BasLfInsur_A | 8.39 | 133.20 |
| Dental (A) | 27.26 | 436.16 |
| E401K Employer Ma | 128.67 | 1415.37 |
| E401K Roth Employ | 32.17 | 353.87 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000004519
Advice Date: 08/30/2024



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Robinson, Simona S | Checking XXXX4001 | | $1000.00 |
| | Checking XXXX4201 | | $2802.12 |

THIS IS NOT A CHECK

# Earnings Statement



*PECO Energy Company*
*Payroll Services*
*P.O. Box 4647*
*Chicago, IL 60680*

Page 002 of 002
Period Beg/End: 08/09/2024 - 08/23/2024
Advice Date: 08/30/2024
Advice Number: 0000004519
Batch Number: SCHM0KADVRRD

Helpdesk 1-877-7EXELON

**Robinson, Simona S**
**3029 S 70TH ST**
**PHILADELPHIA, PA 19142**

Basis of Pay: Salary
Pay Rate: 128674.81

| **Earnings** | **Rate** | **Hours This Period** | **Year-to-Date** |
|---|---|---|---|

| **Other Deductions** | **This Period** | **Year-to-Date** |
|---|---|---|
| LongTermDisA | 19.38 | 307.80 |
| Medical (A) | 606.90 | 9710.40 |

| **PTO** | **Accrued** | **Taken** | **Balance** |
|---|---|---|---|
| Vacation | 236.91 | 116.00 | 120.91 |
| Annual Eligibility | | | 240.00 |
| Sick | 80.00 | 0.00 | 80.00 |
| Floating | 32.00 | 0.00 | 32.00 |

| **Direct Deposits** | | |
|---|---|---|
| Checking | XXXX4001 | 1000.00 |
| Checking | XXXX4201 | 2802.12 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)





THIS IS NOT A CHECK

# Earnings Statement



*PECO Energy Company*
*Payroll Services*
*P.O. Box 4647*
*Chicago, IL 60680*

Page 002 of 002
Period Beg/End:  07/24/2024 - 08/08/2024
Advice Date:     08/15/2024
Advice Number:   0000000098
Batch Number:    SCJO3AIJ0AAD

Helpdesk1-877-7EXELON

**Robinson, Simona S**
**3029 S 70TH ST**
**PHILADELPHIA,    PA 19142**

Basis of Pay:        Salary
Pay Rate:            128674.81

| **Earnings** | **Rate** | **Hours** | **This Period** | **Year-to-Date** |
|---|---|---|---|---|

| **Other Deductions** | **This Period** | **Year-to-Date** |
|---|---|---|
| LongTermDisA | 19.38 | 288.42 |
| Medical (A) | 606.90 | 9103.50 |

| **PTO** | **Accrued** | **Taken** | **Balance** |
|---|---|---|---|
| Vacation | 227.68 | 116.00 | 111.68 |
| Annual Eligibility | | | 240.00 |
| Sick | 80.00 | 0.00 | 80.00 |
| Floating | 32.00 | 0.00 | 32.00 |

**Direct Deposits**

| Checking | XXXX4001 | 1000.00 |
|---|---|---|
| Checking | XXXX4201 | 2104.96 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)





THIS IS NOT A CHECK

# Earnings Statement

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Employee ID: 106947
Page 001 of 002
Period Beg/End: 07/24/2024 - 08/08/2024
Advice Date: 08/15/2024
Advice Number: 0000000098
Batch Number: SCJO3AIJ0AAD

Helpdesk1-877-7EXELON

Robinson, Simona S
3029 S 70TH ST
PHILADELPHIA, PA 19142

Basis of Pay: Salary
Pay Rate: 128674.81

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 29947.50 |
| Hol_Company | | | 0.00 | 2911.76 |
| RegExmpEXHR | | | 0.00 | 1265.78 |
| Regular Sal | 61.8600 | 86.67 | 5361.45 | 68721.89 |
| Regular SalR | | | 0.00 | 720.74- |
| Vacation | | | 0.00 | 8101.00 |
| VacationR | | | 0.00 | 720.74 |
| **Gross Pay** | | | **5361.45** | **110947.93** |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 441.42 | 13405.41 |
| Medicare Employee | 72.78 | 1534.30 |
| Social Security Employee | 311.20 | 6560.44 |
| PASIT | 155.73 | 3247.02 |
| PASUI Employee | 3.75 | 77.66 |
| City(PAPhiladelphiaPhiladelphia | 204.48 | 4179.94 |
| **Total Taxes** | **1189.36** | **29004.77** |

N
N
N

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 11.69 | 175.35 |
| *E401K | 214.46 | 2144.60 |
| *Medical (D) | 322.76 | 4841.40 |
| *STD_BuyUp_D | 5.63 | 83.81 |
| *VisionHrng_D | 21.07 | 316.05 |
| DepdLf_Ch_D | 1.29 | 19.35 |
| DepdLf_Sp_D | 13.05 | 195.75 |
| E401K Loan | 218.80 | 2171.56 |
| E401K Roth | 107.23 | 1072.30 |
| Employee Giving | 6.75 | 101.25 |
| FitD-MOB | 13.65 | 202.05 |
| Fit_AAEEOnly | 0.00 | 75.00 |
| PAC_PECO | 1.08 | 16.20 |
| Stk_EEStkPur | 107.23 | 1594.72 |
| Supp_ADD_D | 2.70 | 40.14 |
| Supple LifeD | 19.74 | 293.66 |
| **Total Deductions** | **1067.13** | **13343.19** |
| **Net Pay** | **3104.96** | **68599.97** |

**Imputed Income**

| | This Period | Year-to-Date |
|---|---|---|
| Imp GTL 50K | 19.02 | 282.22 |
| ImpIncStkDis | 72.22 | 234.45 |

**Company-Paid Deds**

| | This Period | Year-to-Date |
|---|---|---|
| BasLfInsur_A | 8.39 | 124.81 |
| Dental (A) | 27.26 | 408.90 |
| E401K Employer Ma | 128.67 | 1286.70 |
| E401K Roth Employ | 32.17 | 321.70 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)

---

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000000098
Advice Date: 08/15/2024



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Robinson, Simona S | Checking XXXX4001 | | $1000.00 |
| | Checking XXXX4201 | | $2104.96 |