# United States Bankruptcy Court
# Eastern District of Pennsylvania

| In re: | Case No 24-13606-DJB |
|---|---|
| Simona S. Robinson, | Chapter 13 |
| Debtor. | |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on May 29, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

   I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 9, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

United States Trustee

Via:    ✓ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Kenneth E. West
190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Chapter 13 Trustee

Via:    ✓ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

The Bank of New York Mellon
c/o PHH Mortgage Corp., Attn: Bankruptcy Dept., P.O. Box 24605, West Palm Beach, FL 33416
Creditor

Via:    ✓ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Water Revenue Bureau
c/o City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Fl 5, Philadelphia, PA 19102
Creditor

Via:    ☐ CM/ECF    ✓ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other:

Internal Revenue Service
Attn: Centralized Insolvency Department, PO Box 7346, Philadelphia, PA 19101-7346
Creditor

Via:    ☐ CM/ECF    ✓ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
       ☐ Other: