United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13606-djb |
| Simona S. Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Simona S. Robinson, 3029 S. 70th Street, Philadelphia, PA 19142-2531 |
| 14934199 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14934211 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14937303 | + | The Bank of New York Mellon, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14934215 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14982115 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14934200 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14934201 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14934202 | | Email/Text: bankruptcy@philapark.org | Jul 19 2025 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14934203 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2025 00:28:00 | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14934204 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 19 2025 00:28:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14934205 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2025 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14946299 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:31:20 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14934206 | | Email/Text: EBN@Mohela.com | Jul 19 2025 00:28:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14958409 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2025 00:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14934207 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 19 2025 00:31:16 | Navient, Attn: Claims/Bankruptcy, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14934208 | | Email/Text: fesbank@attorneygeneral.gov | Jul 19 2025 00:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

Case 24-13606-djb   Doc 26   Filed 07/20/25   Entered 07/21/25 00:39:23   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 155 | Total Noticed: 26 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14961352 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 19 2025 00:27:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14937148 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jul 19 2025 00:27:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14934209 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14934210 | ^ | MEBN | Jul 19 2025 00:19:15 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14943603 | ^ | MEBN | Jul 19 2025 00:19:05 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14934212 | | Email/Text: bankruptcy@philapark.org | Jul 19 2025 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14934213 | | Email/Text: BKEBN-Notifications@ocwen.com | Jul 19 2025 00:27:00 | The Bank of New York Mellon, C/O PHH Mortgage Corporation, Po Box 24605, West Palm Bch, FL 33416-4605 |
| 14937147 | + | Email/Text: EBN@brockandscott.com | Jul 19 2025 00:28:00 | The Bank of New York Mellon f/k/a The Bank of New, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14934214 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 19 2025 00:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14937150 | | *CID1218905* *DID200399*, BarNumber:84439 |
| 14937149 | | 21-02788 BKPOC03 |
| 15016488 | *+ | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 18, 2025 | Form ID: 155 | Total Noticed: 26 |

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Ba wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Simona S. Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Simona S. Robinson<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13606−djb<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: July 17, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court